UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LINDA WILLIAMS,<br><br>                             Plaintiff,<br><br>vs.<br><br>AMERICAN FAMILY CONNECT PROPERTY CASUALTY INSURANCE, formerly dba AMERIPRISE AUTO AND HOME INSURANCE, and IDS PROPERTY CASUALTY INSURANCE COMPANY, a foreign insurer,<br><br>                             Defendants. | No. 2:22-cv-00346-RSL<br><br>STIPULATED MOTION AND ORDER TO CHANGE CASE CAPTION |

## **STIPULATION**

The parties, through their respective counsel of record, stipulate that the case caption in this action shall be changed to reflect the new corporate name of the defendant, as follows: "American Family Connect Property and Casualty Insurance Company formerly dba Ameriprise Auto and Home Insurance and IDS Property Casualty Insurance Company". The caption shall reflect this change.

//

//

STIPULATED MOTION AND ORDER TO CHANGE CASE CAPTION (Cause No. 2:22-cv-00346-RSL) – 1



WILSON SMITH COCHRAN DICKERSON

1000 Second Avenue, Suite 2050
Seattle, Washington 98104
Telephone: (206) 623-4100
Fax: (206) 623-9273

1  DATED this 29th day of March.

2

3                                    By: *s/Lesli S. Wood*

                                             Lesli S. Wood, WSBA No. 36643
4                                              Wilson Smith Cochran Dickerson

5                                              1000 Second Avenue, Suite 2050

                                             Seattle, WA  98104-3629
6                                              Phone: (206) 623-4100

7                                              Fax: (206) 623-9273

                                             Email: wood@wscd.com
8                                              Of Attorneys for Defendant

9

10  DATED this 29th day of March.

11

12                                 By: *J.D. Smith (with permission per 3-28-22 email)*

                                             J.D. Smith, WSBA No. 28246
13                                              Law Office of J.D. Smith, PLLC

14                                              8015 SE 28th Street, Suite 212

                                             Mercer Island, WA  98040-2910
15                                              Phone:  206-588-8530

                                             Email: JD@JDSmithLaw.com
16                                              Of Attorneys for Plaintiff

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION AND ORDER TO CHANGE CASE CAPTION (Cause No. 2:22-cv-00346-RSL) – 2



1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

# ORDER

Based on the above stipulation, IT IS HEREBY ORDERED that the case caption in this action shall be changed to reflect the new corporate name of the defendant, American Family Connect Property and Casualty Insurance Company formerly dba Ameriprise Auto and Home Insurance and IDS Property Casualty Insurance Company.

FURTHER, the case caption in the above matter shall read as follows:

> LINDA WILLIAMS,
>
>                        Plaintiff,
>
> vs.
>
> AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY formerly dba AMERIPRISE AUTO AND HOME INSURANCE and IDS PROPERTY CASUALTY INSURANCE COMPANY,
>
>                        Defendant.

Dated this 30th day of March, 2022.

*/s/ Robert S. Lasnik*
THE HONORABLE ROBERT S. LASNIK
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER TO CHANGE CASE CAPTION (Cause No. 2:22-cv-00346-RSL) – 3



WILSON SMITH COCHRAN DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON 98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273