THE HONORABLE ROBERT S. LASNIK
Trial Date: 11/06/2023

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| LINDA WILLIAMS,<br><br>                                    Plaintiff,<br><br>                    vs.<br><br>AMERICAN FAMILY CONNECT PROPERTY AND CASUALTY INSURANCE COMPANY, formerly dba AMERIPRISE AUTO AND HOME INSURANCE and IDS PROPERTY CASUALTY INSURANCE COMPANY, a foreign insurer,<br><br>                                    Defendant. | No. 2:22-cv-00346-RSL<br><br>STIPULATED MOTION AND ORDER OF DISMISSAL<br><br>NOTE ON MOTION CALENDAR: 12/19/22 |

## **STIPULATION**

IT IS HEREBY STIPULATED by the parties hereto that all claims in this action shall be dismissed with prejudice, with each party to bear their own attorneys' fees, costs and other litigation expenses.

/ / / / /

/ / / / /

/ / / / /

STIPULATED MOTION AND (PROPOSED)
ORDER OF DISMISSAL (Cause No. 2:22-cv-
00346-RSL) – 1
LSW6830.225/4308034X



WILSON
SMITH
COCHRAN
DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273

1  DATED this 19th day of December, 2022.

2

3  *J.D. Smith*
   _____
   J.D. Smith, WSBA #28246

4  Law Office of J.D. Smith, PLLC
   8015 SE 28th St Ste 212

5  Mercer Island, WA  98040-2910
   206-588-8530 T

6  JD@JDSmithLaw.com
   Attorney for Plaintiff

7

8

9  *Lesli S. Wood*
   _____
   Lesli S. Wood, WSBA #36643

10 Wilson Smith Cochran Dickerson
   1000 Second Ave., Suite 2050

11 Seattle, WA  98104
   (206) 623-4100 T | (206) 623-9273 F

12 wood@wscd.com
   Attorneys for Defendant

13

14

15 **ORDER OF DISMISSAL**

16     Based on the above Stipulation, IT IS HEREBY ORDERED that this action is hereby

17 dismissed, with prejudice, with each party to bear their own attorneys' fees, costs and other

18 litigation expenses.

19

20     DATED this 20th day of December, 2022.

21 

22 _____
   THE HONORABLE ROBERT S. LASNIK

23 United States District Judge

24

25

26

STIPULATED MOTION AND ORDER OF
DISMISSAL (Cause No. 2:22-cv-00346-RSL)
– 2
LSW6830.225/4308034X

WILSON
SMITH
COCHRAN
DICKERSON

1000 SECOND AVENUE, SUITE 2050
SEATTLE, WASHINGTON  98104
TELEPHONE: (206) 623-4100
FAX: (206) 623-9273